Richard H. Schoenberger (Bar No. 122190)
Spencer J. Pahlke (Bar No. 250914)
Walkup, Melodia, Kelly & Schoenberger
650 California St. 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (415) 391-6965
Email: rschoenberger@walkuplawoffice.com

Barron L. Weinstein (Bar No. 067972)
Shanti Eagle (Bar No. 267704)
MEREDITH, WEINSTEIN & NUMBERS, LLP
115 Ward Street
Larkspur, CA  94939
Telephone:  (415) 927-6920
Facsimile:   (415) 927-6929
Email: bweinstein@mwncov.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pascual Trujillo, Leticia Trujillo, and Gregory Trujillo,<br><br>    Plaintiffs,<br><br>v.<br><br>Nationwide Mutual Insurance Company, Nationwide Insurance Company of America, Nationwide Sales Solutions, Inc., and DOES 1-50, Inclusive,<br><br>    Defendants. | CASE NO. 2:12-CV-02958-MCE-GGH<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO DISMISS**<br><br>The Honorable Morrison C. England, Jr.<br><br>Action Filed: December 7, 2012<br><br>Current Hearing Date: March 7, 2013<br>Proposed Hearing date: April 4, 2013 |

Plaintiffs Pascual Trujillo, Leticia Trujillo, and Gregory Trujillo, and Defendants Nationwide Insurance Company of America, Nationwide Mutual Insurance Company, and Nationwide Sales Solutions, Inc., by and through their respective counsel of record stipulated and requested that the Court approve and give effect to their stipulation, as follows  (ECF No. 12.):

The Hearing on Defendants' Motion to Dismiss, currently set for Thursday, March 7, 2013 at 2:00 p.m., be continued to Thursday, April 4, 2013 at 2:00 p.m.;

The Opposition deadline be extended accordingly, with Plaintiffs' Opposition due March 21, 2013;

The Reply deadline be extended accordingly, with Defendants' Reply due March 28, 2013.

The Court hereby gives effect to the stipulation of the parties, vacates the March 7, 2013 hearing date, and sets the following schedule for Defendants' Motion to Dismiss:

Opposition Due:     March 21, 2013

Reply Due:          March 28, 2013

Hearing Date:       April 4, 2013, at 2:00 p.m.

IT IS SO ORDERED.

Dated: February 15, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE