WALKUP, MELODIA, KELLY & SCHOENBERGER
Richard H. Schoenberger, SBN: 122190
Spencer J. Pahlke, SBN: 250914
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (415) 391-6965
Email: rschoenberger@walkuplawoffice.com

MEREDITH, WEINSTEIN & NUMBERS, LLP
Barron L. Weinstein, SBN: 067972
115 Ward Street
Larkspur, CA 94939
Telephone: (415) 927-6920
Facsimile: (415) 927-6929
Email: bweinstein@mwncov.com

*Attorneys for Plaintiffs*
Pascual Trujillo, Leticia Trujillo,
and Gregory Trujillo

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pascual Trujillo, Leticia Trujillo, and Gregory Trujillo,<br><br>Plaintiffs,<br><br>v.<br><br>Nationwide Insurance Company of America, Nationwide Mutual Insurance Company, Nationwide Sales Solutions, Inc., and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.: 2:12-CV-02958 MCE CMK<br><br>**STIPULATION AND REQUEST TO CONTINUE FACT DISCOVERY CUTOFF FROM APRIL 9, 2014 TO MAY 30, 2014; ORDER**<br><br>JUDGE: Hon. Morrison C. England, Jr.<br><br>COMPLAINT FILED: December 7, 2012<br><br>TRIAL DATE: February 9, 2015 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Pascual Trujillo, Leticia Trujillo, and Gregory Trujillo; and Defendants Nationwide Insurance Company of America, Nationwide Mutual Insurance Company, and Nationwide Sales Solutions, Inc.;

1

through their respective counsel that, pursuant to Federal Rules of Civil Procedure Rule 29 and 16(b), the cutoff date for fact discovery, April 9, 2014 (Item IV of the Pretrial Scheduling Order, Docket #25), be extended to May 30, 2014.

The parties have exchanged Initial Disclosures and written discovery, and have scheduled depositions. In light of the number of fact witnesses and counsel's scheduling conflicts, however, the parties cannot reasonably complete all depositions and any subsequent further written discovery by the current April 9, 2014 cutoff. This extension of less than two months will not interfere with the date set for completing all discovery or affect any other dates in the Pretrial Scheduling Order.

Based on the foregoing, the parties respectfully request that the Court extend the fact discovery cutoff from April 9, 2014 to May 30, 2014.

Respectfully Submitted,

DATED: February 26, 2014          STROOCK & STROOCK & LAVAN, LLP


By:      /s/
     Allan S. Cohen

Attorney for Defendants
Nationwide Insurance Company of America,
Nationwide Mutual Insurance Company,
And Nationwide Sales Solutions, Inc.,


DATED: February 26, 2014          MEREDITH, WEINSTEIN & NUMBERS, LLP


By:      /s/
     Barron L. Weinstein

Attorney for Plaintiffs
Pascual Trujillo, Leticia Trujillo,
and Gregory Trujillo

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939

## ORDER

For good cause shown, it is hereby ordered that Paragraph IV of this Court's Scheduling Order dated August 27, 2013 is amended to extend the fact discovery completion date from April 9, 2014 to May 30, 2014.

IT IS SO ORDERED.

Dated: April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939