WALKUP, MELODIA, KELLY & SCHOENBERGER
Richard H. Schoenberger, SBN: 122190
Spencer J. Pahlke, SBN: 250914
650 California Street, 26th Floor
San Francisco, CA 94108
Telephone: (415) 981-7210
Facsimile: (415) 391-6965
Email: rschoenberger@walkuplawoffice.com

MEREDITH, WEINSTEIN & NUMBERS, LLP
Barron L. Weinstein, SBN: 067972
115 Ward Street
Larkspur, CA 94939
Telephone: (415) 927-6920
Facsimile: (415) 927-6929
Email: bweinstein@mwncov.com

*Attorneys for Plaintiffs*
Pascual Trujillo, Leticia Trujillo,
and Gregory Trujillo

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pascual Trujillo, Leticia Trujillo, and Gregory Trujillo,<br><br>Plaintiffs,<br><br>v.<br><br>Nationwide Insurance Company of America, Nationwide Mutual Insurance Company, Nationwide Sales Solutions, Inc., and DOES 1-50, Inclusive,<br><br>Defendants. | CASE NO.: 2:12-CV-02958 MCE CMK<br><br>**STIPULATION AND JOINT APPLICATION TO CONTINUE DISPOSITIVE MOTION HEARING DATE FROM OCTOBER 2, 2014 TO OCTOBER 30, 2014;**<br><br>**ORDER**<br><br>JUDGE: Hon. Morrison C. England, Jr.<br><br>COMPLAINT FILED: December 7, 2012<br><br>TRIAL DATE: February 9, 2015 |

Plaintiffs Pascual Trujillo, Leticia Trujillo, and Gregory Trujillo, and Defendants Nationwide Insurance Company of America, and Nationwide Mutual Insurance Company, through their respective counsel, hereby submit this STIPULATION and JOINT APPLICATION to Continue the Dispositive Motion Hearing Date from October 2, 2014 To October 30, 2014.

The Parties have exchanged Initial Disclosures and written discovery, and have completed the depositions of critical witnesses. The Parties believe that this case is now at a point where settlement discussions will be beneficial.

Therefore, the Parties have agreed to participate in private mediation at this time. In order to accommodate summer scheduling conflicts and mediator availability, the Parties have agreed that the mediation be completed by the end of August.

Per Paragraph VI of the Pretrial Scheduling Order, dispositive motions are currently due on or before August 7, 2014, which is 8 weeks before the October 2nd hearing date.

The Parties believe that it will be an inefficient use of time and resources, as well as counterproductive to the mediation, to prepare dispositive motions simultaneously with settlement discussions.

Based on the foregoing, and the Declaration of Barron L. Weinstein, counsel for Plaintiffs, filed concurrently herewith, the Parties STIPULATE and respectfully JOINTLY REQUEST that the Court extend the dispositive motion hearing date 28 days, from October 2, 2014 to October 30, 2014.

This extension of four weeks will not interfere with or affect any other dates in the Pretrial Scheduling Order, including the pretrial conference and trial dates.

The briefing schedule set out in Paragraph VI of the Pretrial Scheduling Order will remain in effect as follows:

Dispositive motion filed at least 8 weeks prior to hearing.

Opposition and any cross-motion filed at least 5 weeks prior to hearing.

Reply and opposition to cross-motion filed at least 3 weeks prior to hearing.

Reply to cross-motion filed at least 1 week prior to hearing.

Respectfully Submitted,

DATED: July 3, 2014  STROOCK & STROOCK & LAVAN, LLP

By: /s/
      Allan S. Cohen

Attorney for Defendants
Nationwide Insurance Company of America,
Nationwide Mutual Insurance Company,
And Nationwide Sales Solutions, Inc.,

DATED: July 3, 2014  MEREDITH, WEINSTEIN & NUMBERS, LLP

By: /s/
      Barron L. Weinstein

Attorney for Plaintiffs
Pascual Trujillo, Leticia Trujillo,
and Gregory Trujillo

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939

3
STIPULATION AND JOINT APPLICATION TO CONTINUE DISPOSITIVE MOTION HEARING DATE AND ORDER
Case No. 2:12-CV-02958 MCE CMK

**ORDER**

For good cause shown, it is hereby ordered that Paragraph VI of this Court's Pretrial Scheduling Order, dated August 27, 2013, is amended to extend the dispositive motion hearing date from October 2, 2014 to October 30, 2014.

The briefing schedule set out in Paragraph VI of the Pretrial Scheduling Order will remain in effect as follows:

Dispositive motion filed at least 8 weeks prior to hearing.

Opposition and any cross-motion filed at least 5 weeks prior to hearing.

Reply and opposition to cross-motion filed at least 3 weeks prior to hearing.

Reply to cross-motion filed at least 1 week prior to hearing.

IT IS SO ORDERED.

Dated: July 11, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

MEREDITH, WEINSTEIN & NUMBERS, LLP
115 WARD STREET
LARKSPUR, CALIFORNIA 94939