LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com
SPENCER J. PAHLKE (State Bar #250914)
spahlke@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**

**MERIDETH, WEINSTEIN & NUMBERS**
115 WARD STREET
LARKSPUR, CA 94939
(415) 927-6920

BARRON L. WEINSTEIN (State Bar #067972)
bweinstein@mwncov.com
SHANTI EAGLE (State Bar #267704)
seagle@mwncov.com
**ATTORNEYS FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASCUAL TRUJILLO, LETICIA TRUJILLO and GREGORY TRUJILLO,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, NATIONWIDE MUTUAL INSURANCE COMPANY, NATIONWIDE SALES SOLUTIONS, INC. and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. 2:12-CV-02958-MCE-CMK<br><br>**STIPULATION AND REQUEST FOR DISMISSAL AND ORDER** |

Pursuant to the terms of a written compromise settlement and release of claims and pursuant to Rule 41 (a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the parties hereby stipulate that the above-captioned action shall be dismissed with prejudice, and that each party shall bear their own costs and fees.

This resolution of the claim disposes of all remaining claims and this matter shall be dismissed with prejudice in its entirety.

**IT IS SO STIPULATED.**

Dated: _____, 2014         WALKUP, MELODIA, KELLY & SCHOENBERGER

/s/ Richard H. Schoenberger
RICHARD H. SCHOENBERGER
Attorneys for Plaintiffs

Dated: _____, 2014         MEREDITH, WEINSTEIN & NUMBERS

/s/ Barron L. Weinstein
BARRON L. WEINSTEIN
Attorneys for Plaintiffs

Dated: _____, 2014         STROOCK & STROOCK & LAVAN

/s/ Allan S. Cohen
ALLAN S. COHEN
Attorneys for Defendants Nationwide Insurance Company of America, Nationwide Mutual Insurance Company and Nationwide Sales Solutions, Inc.

**ORDER**

Pursuant to the above stipulation, this case is DISMISSED with prejudice, each party to bear their own costs and fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2
STIPULATION AND REQUEST FOR DISMISSAL AND ORDER - CASE NO. 2:12-CV-02958-MCE-CMK